IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LINDA BISHOP,

Plaintiff,

v.

JOHNSON & JOHNSON, JOHNSON &
JOHNSON CONSUMER COMPANIES,
INC., IMERYS TALC AMERICA, INC.,
f/k/a LUZENAC AMERICA, INC., and          No. 14-cv-1081-DRH
PERSONAL CARE PRODUCTS
COUNCIL, f/k/a COSMETIC,
TOILETRY, AND FRAGRANCE
ASSOCIATION,

Defendants.

## ORDER

**HERNDON, District Judge:**

This matter comes before the Court for case management. On February 27, 2015, defendant Imerys Talc America, Inc. filed a reply in support of its motion to dismiss plaintiff's claims (Doc. 65). Local Rule 7.1 (c) states in part:

> Reply briefs are not favored and should be filed only in exceptional circumstances. The party filing the reply brief shall state the exceptional circumstances.

Here, none of the reply brief states the exceptional circumstances as to why a reply brief is needed. Furthermore, defendant's reply brief exceeds the five page

limitation set by the local rules. See SDIL-LR 7.1(d).  Thus, the Court **STRIKES** the reply.

    **IT IS SO ORDERED.**

    Signed this 3rd day of March, 2015.

Digitally signed by David R. Herndon
Date: 2015.03.03 11:19:20 -06'00'

**United States District Judge**