IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LINDA BISHOP,

Plaintiff,

v.

JOHNSON & JOHNSON, JOHNSON &
JOHNSON CONSUMER COMPANIES, INC.,
IMERYS TALC AMERICA, INC., and
PERSONAL CARE PRODUCTS COUNCIL,

Defendants.                               Case No. 14-cv-1081-DRH-PMF

ORDER

This cause comes before the Court pursuant to a Stipulation for Dismissal without prejudice as to defendant Personal Care Products Council (Doc. 80). The Court **ACKNOWLEDGES** the stipulation and **DISMISSES** Personal Care Products Council ("PCPC") without prejudice, with plaintiff and defendant PCPC to bear their own costs.

**IT IS SO ORDERED.**

Signed this 27th day of April, 2015.

Digitally signed by David R. Herndon
Date: 2015.04.27 16:36:31 -05'00'

United States District Judge